UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                          CASE NO.   05-17476-BKC-AJC
JOSE RIERA
IBIS GONZALEZ

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 1,419.30 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( )  The trustee has a balance of $    .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

    WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: **SEP 1 2010**

                                    NANCY N. HERKERT
                                    CHAPTER 13 TRUSTEE

Copies to:
    JOSE RIERA
    IBIS GONZALEZ
    1518 NW 33 PLACE
    CAPE CORAL, FL 33993

    MITCHELL J. NOWACK, ESQ.
    8180 NW 36 ST
    SUITE 209
    MIAMI, FL 33166

    RELIANCE RECEIVABLES MANAGEMEN
    8567 CORAL WAY, PMB 106
    MIAMI, FL 33155

    CHEVRON CREDIT BANK, N.A.
    2001 DIAMOND BLVD
    PO BOX 5010, SECT. 230
    CONCORD, CA 94524-0010

    U.S. Trustee
    51 S W. 1st Avenue
    Miami, Florida 33130



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO.   05-17476-BKC-AJC
JOSE RIERA
IBIS GONZALEZ

CHAPTER 13


JOSE RIERA
IBIS GONZALEZ
1518 NW 33 PLACE
CAPE CORAL, FL 33993


MITCHELL J. NOWACK, ESQ.
8180 NW 36 ST
SUITE 209
MIAMI, FL 33166

RELIANCE RECEIVABLES MANAGEMEN---------$      1,226.32
8567 CORAL WAY, PMB 106
MIAMI, FL 33155                         UNDELIVERABLE/STALE
                                        CLAIM REGISTER# 16


CHEVRON CREDIT BANK, N.A.      ---------$        192.98
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230                  UNDELIVERABLE/STALE
CONCORD, CA 94524-0010                  CLAIM REGISTER# 15

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130